

shafts, basements that flood, sump pumps and any drainage areas within buildings. Use the correct amount in accordance with the above table.

### STORAGE AND DISPOSAL
Do not contaminate water, food or feed by storage and disposal.

**PESTICIDE STORAGE**  Tightly close containers of unused DUNKS/BRIQUETS. Store in cool, dry well-ventilated place.

**PESTICIDE DISPOSAL AND CONTAINER HANDLING**
**If empty:**  Nonrefillable container. Do not reuse or refill this container. Place in trash or offer for recycling, if available. Batch code or lot number is on back of label near UPC Code.
**If partly filled:** Call your local solid waste agency or 1-800-CLEANUP for disposal instructions. Never place unused product down any indoor or outdoor drain.

Net Weight 2.75 oz.

MOSQUITO DUNKS  are a Registered trademark of Summit Chemical Co.
U.S. Patent No. 4,631,857   Patented in Canada 1987
EPA Registration No. 6218-47   EPA Establishment No. 6218-MD-2

## Summit
...*responsible solutions.*

235 South Kresson St.
Baltimore, MD 21224
www.summitchemical.com



0  18506 00110

EXHIBIT "A"